IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:18-CR-3054 |
| vs. | FINAL ORDER OF FORFEITURE |
| ROBERT EUGENE HUFF, | |
| Defendant. | |

This matter is before the Court on the plaintiff's Motion for Final Order of Forfeiture (filing 41). On February 4, 2019, the Court entered a Preliminary Order of Forfeiture (filing 33) pursuant to 18 U.S.C. § 981, 21 U.S.C. § 853, and 28 U.S.C. § 2461(c), based upon the defendant's plea of guilty to using facilities of interstate commerce to promote and distribute the proceeds of a business enterprise involving distribution of narcotics or controlled substances, in violation of 18 U.S.C. § 1952(a)(1) and (3), and his admission of the forfeiture allegation contained in the indictment. Filing 25 at 4; filing 26 at 1; filing 31 at 12-13, 20-21. By way of the preliminary order of forfeiture, the defendant's interest in $149,746 in United States currency and a 2016 Ford F-350 truck, VIN 1FT8W3BT8GEA03901, was forfeited to the United States. Filing 33.

As directed by the order, a Notice of Criminal Forfeiture was posted beginning on February 7, 2019, on an official Internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, as required by Supp. Admiralty and Maritime Claims R. G(4)(a)(iii)(B). A Declaration of Publication (filing 47) was filed on April 9, 2019. The Court has been advised by the plaintiff that no petitions have been filed, and from a review of the Court file, the Court finds no petitions have been filed.

IT IS ORDERED:

1.     The plaintiff's Motion for Final Order of Forfeiture (filing 41) is granted.

2.     All right, title, and interest in and to the $149,746 in United States currency and 2016 Ford F-350 truck, VIN 1FT8W3BT8GEA03901, held by any person or entity are forever barred and foreclosed.

3.     The property is forfeited to the plaintiff.

4.     The plaintiff is directed to dispose of the property in accordance with law.

Dated this 21st day of June, 2019.

BY THE COURT:

John M. Gerrard
Chief United States District Judge